**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION AND STATEMENT OF REASONS**

Case Name:    US vs CHAD P. KELLER

Case Number:        03-20052-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on  8/16/05.
                                         Date

                                         Received by:

                                         Jane Newlin
                                         _____
                                         U.S. Probation Office